**PLAS–PAK INDUSTRIES, INC., Appellant,**

v.

**RICHARD PARKS CORROSION TECHNOLOGIES, INC., Appellee.**

No. 2014–1451.

United States Court of Appeals, Federal Circuit.

Jan. 27, 2015.

Andrew C. Ryan, Cantor Colburn LLP, of Hartford, CT, argued for appellant.

Matthew S. Dicke, K & L Gates LLP, of Chicago, Illinois, argued for appellee. With him on the brief were Thomas C. Basso, Alan L. Barry, and Suzanne E. Konrad. Of counsel on the brief was Michael T. Murphy, of Washington, DC.

LOURIE, MOORE, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**